UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY,
DANIELLE IVORY, and NATASHA
SINGER,

                Plaintiffs,

     v.

FOOD AND DRUG ADMINISTRATION,

               Defendant.

**ORDER**

19 Civ.5640 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for April 2, 2020 is adjourned to **May 28, 2020 at 10 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         March 27, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge